SUPERIOR HOUSE & WINDOW CLEANING CO., INC., v. "JOHN" AWERKIN,

the First Name " John " Being Fictitious, etc., as President, etc., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.